UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**KEITH LEGER**                          **CIVIL ACTION NO. 10-1364**

**VERSUS**                                **JUDGE HAIK**

**STATE FARM FIRE AND**                   **MAGISTRATE JUDGE HANNA**
**CASUALTY COMPANY**

*RULING AND ORDER*

Before the undersigned is defendant's Motion for Order Compelling Production of Records. (Rec. Doc. 17). In the motion, defendant asks for an order from the court compelling the Federal Detention Center at Oakdale, Louisiana and the U.S. Small Business Administration (SBA) to release certain records relevant to plaintiff and this litigation. Plaintiff has refused to sign a release for the records, and the agencies are unable to release the information without a release or a court order. See 5 U.S.C. § 552a(b)(11); *Gilbreath v. Guadalupe Hospital Foundation, Inc.*, 5 F.3d 785, 791 (5th Cir. 1993).

The United States Attorney for the Western District of Louisiana responded to the motion to compel, stating the BOP and SBA had no objection to production of the requested records upon entry of an order by the court to produce same.[1]

Over twenty-one days have passed since the motion to compel was filed, and the plaintiff has not filed any opposition to the motion. Therefore, the motion is unopposed.

---

[1] See *Response to Motion to Compel* (Rec. Doc. 20).

After review of the motion and the requested records, it appears to the undersigned that the records sought are discoverable.  Therefore,

**IT IS ORDERED** that the defendant's Motion for Order Compelling Production of Records (Rec. Doc. 17) is **GRANTED** as follows:

1)  The U.S. Department of Justice, Federal Bureau of Prisons, shall produce to counsel for State Farm the hour/time records requested in State Farm's subpoena and notice of records deposition within 20 days of the date of this Order;

2)  The U.S. Small Business Administration shall produce to counsel for State Farm the loan records requested in State Farm's subpoena and notice of records deposition within 20 days of the date of this Order.

Lafayette, Louisiana, this 31st day of March, 2011.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)